**Russell BERENS, Plaintiff—Appellant,**

v.

**ALLSTATE INSURANCE COMPANY, an Illinois Corporation, Defendant—Appellee.**

No. 01–55726.

D.C. No. CV–00–00393–VAP.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 5, 2002.

Decided Nov. 8, 2002.

Before BRIGHT,* GOODWIN and TASHIMA, Circuit Judges.

### ORDER**

The decision of the district court is AFFIRMED for the reasons stated by the district court in its order granting defendant's motion for summary judgment filed on March 21, 2001.

* The Honorable Myron H. Bright, United States Circuit Judge for the Eighth Circuit, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

